**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LONGHORN HD LLC, | § § § | |
| Plaintiff, | § § | Case No. 2:19-cv-00064-JRG |
| v. | § § § | **JURY TRIAL DEMANDED** |
| QUANTA COMPUTER INCORPORATED, | § § § | |
| Defendant. | § § § | |

**MOTION FOR ISSUANCE OF LETTERS ROGATORY
FOR SERVICE OF PROCESS
ON DEFENDANT QUANTA COMPUTER INCORPORATED**

Pursuant to Federal Rule of Civil Procedure 4(h)(2) and 4(f)(2)(B), Plaintiff Longhorn HD LLC ("Longhorn") respectfully requests that this Court issue a Request for Judicial Assistance ("Letters Rogatory") (attached as Exhibit A), addressed to the appropriate judicial authority in Taiwan, requesting that the Taiwanese authority assist in effecting service of process upon Defendant Quanta Computer Incorporated ("Quanta").

Longhorn filed its Complaint (Dkt. 1) on February 25, 2019.  This Court issued a Summons as to Quanta on February 26, 2019.  Upon information and belief, Quanta is a publicly-listed company with an address of Quanta Research and Development, Complex No. 211, Wenhau 2nd Road, Guishan District Taoyuan 333, Taiwan, R.O.C.  Accordingly, Longhorn respectfully requests that this Court issue Letters Rogatory seeking the assistance of the Taiwanese authority in effecting service of the Complaint and Summons upon Quanta.

Longhorn respectfully requests that the Court return (a) the original copy of the signed and issued Letters Rogatory, and (b) two certified copies to the undersigned counsel.  The United

States Department of State will oversee transmission of the Letters Rogatory to Taiwan through diplomatic channels as provided in 28 U.S.C. § 1781(a)(2). Longhorn will reimburse this Court for any expenses incurred in connection with the issuance and return of the Letters Rogatory. Counsel for Longhorn will ensure the delivery of materials and fees in accordance with U.S. and Taiwanese procedure.

Dated: March 20, 2019                                          Respectfully submitted,

                                                                                       /s/ *Alfred R. Fabricant*  
                                                                        Alfred R. Fabricant  
NY Bar No. 2219392  
Email: afabricant@brownrudnick.com  
Peter Lambrianakos  
NY Bar No. 2894392  
Email: plambrianakos@brownrudnick.com  
Vincent J. Rubino, III  
NY Bar No. 4557435  
Email: vrubino@brownrudnick.com  
John A. Rubino  
NY Bar No. 5020797  
Email: jrubino@brownrudnick.com  
**BROWN RUDNICK LLP**  
7 Times Square  
New York, NY 10036  
Telephone: (212) 209-4800  
Fax: (212) 209-4801

Justin Kurt Truelove  
Texas Bar No. 24013653  
Email: kurt@truelovelawfirm.com  
**TRUELOVE LAW FIRM, PLLC**  
100 West Houston  
Marshall, Texas 75670  
Telephone: (903) 938-8321  
Facsimile: (903) 215-8510

**ATTORNEYS FOR PLAINTIFF, LONGHORN HD LLC**

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on March 20, 2019, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                 */s/ Alfred R. Fabricant*
                                                  Alfred R. Fabricant